

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 CR 1018 - 1 | **DATE** | 12/26/2012 |
| **CASE TITLE** | United States of America vs. Merritt McClayton | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Removal proceedings held. Defendant Merritt McClayton appears in response to arrest on 12/26/12. Defendant advised of charges and penalties available under the law and informed of her rights. The Court finds defendant is unable to afford counsel. Enter order appointing Christopher W. Graul as counsel for defendant for initial appearance and removal proceedings only. The Government and defendant agree on conditions of release, which the Court accepts. Defendant released on $4,500.00 own recognizance bond with conditions. Enter Order Setting Conditions of Release. Defendant waives identity hearing. The Court enters a finding of identity. Terminated defendant Merritt McClayton. Defendant ordered removed to the District of Columbia for further proceedings. The government's unopposed oral motion for defendant to first appear at the police station in the District of Columbia for a more expeditious processing is granted. Defendant is ordered to first appear at 3320 Idaho Avenue NW, Washington, DC by no later than January 16, 2013. As stated on the record, once defendant appears at the location of the police station as indicated, defendant will be transported in order to appear in the District Court in the District of Columbia where the charges are pending to answer those charges. Enter order (attached). Defendant is ordered released after processing.

■ [ For further detail see separate order(s).]     Docketing to mail notices.

00:16 Initial Appearance

| | Courtroom Deputy Initials: | JJ |
|---|---|---|